PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K Street, NW
Washington, D.C. 20006-1047
+1 202 223 7300

**Kannon K. Shanmugam**
**Direct Dial:** +1 202 223 7325
**Email:** kshanmugam@paulweiss.com

New York
Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Wilmington

July 1, 2025

<u>BY ELECTRONIC FILING</u>

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *City of New York* v. *Exxon Mobil Corp., et al.*, No. 24-1568

Dear Ms. Wolfe:

  I am counsel for appellants Exxon Mobil Corporation and ExxonMobil Oil Corporation in the above-captioned appeal. I write to inform the Court that Kyle Smith is no longer associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP and should be removed as counsel for the Exxon appellants. Paul, Weiss continues to represent the Exxon appellants and requests that all future correspondence and papers in this action continue to be directed to them.

        Respectfully submitted,

        /s/ Kannon K. Shanmugam
        Kannon K. Shanmugam

cc: Counsel of record (by electronic filing)